Closed

UNITED STATES DISTRICT COURT

DISTRICT OF NEW JERSEY

RYAN CUEVAS
    Plaintiff,        :

                              Civil 20cv17555(SDW)

    v.                    :

CITY OF JERSEY CITY, et al    :
    Defendant.

It appearing that it has been reported to the Court that the above-captioned matter has been settled,

It is on this   25th    day of   October    2023,

ORDERED that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within 90 days, to reopen the action if the settlement is not consummated.

S/ANDRÉ M. ESPINOSA
ANDRÉ M. ESPINOSA
United States Magistrate Judge